O

# United States District Court
# Central District of California

| | |
|---|---|
| ORLANDO GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPLE SEVEN SERVICES SPE SAN<br>DIEGO, INC.,<br><br>                    Defendants. | Case № 2:21-cv-00841-ODW (PVCx)<br><br>**ORDER DENYING MOTION TO<br>DISMISS AS MOOT [7]** |

///
///
///
///
///
///
///
///
///
///
///

Defendant Apple Seven Services SPE San Diego, Inc. served Plaintiff Orlando Garcia with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on February 21, 2021.  (ECF No. 7.)  On March 5, 2021, Plaintiff filed a First Amended Complaint, less than twenty-one days after Defendant filed its responsive pleading.  (ECF No. 9.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

March 11, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**