JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE SEVEN SERVICES SPE SAN DIEGO, INC., a Virginia Corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00841-ODW (PVCx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

　　1.　Plaintiff shall recover nothing from Defendant;

　　2.　Plaintiff's first cause of action, violation of the Americans with Disabilities Act, is dismissed on the merits and with prejudice;

　　3.　The Court declines to exercise supplemental jurisdiction over Plaintiff's second cause of action, violation of the Unruh Civil Rights Act, and dismisses that claim without prejudice.

**IT IS SO ORDERED.**

August 11, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**